ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY MARIE GERST, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:25-cv-02974-AC <br><br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the medical opinions and prior administrative medical findings; reevaluate the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; take any further action needed to complete the administrative record; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 21, 2026                LAW OFFICES OF FRANCESCO BENAVIDES

By:   /s/ Lillian J. Lee for*
FRANCESCO P. BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on April 21, 2026]

Dated: April 22, 2026                ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   /s/ Lillian J. Lee
LILLIAN J. LEE
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: April 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE